IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELIZABETH BEAUDREAU,

    Plaintiff,

v.                                                              Civ. 12-713 GBW

GSL PROPERTIES, and
ERICA HARRIS,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs ("Plaintiff's Motion"). *Doc. 2.* Plaintiff's Motion seeks to obtain in forma pauperis ("IFP") status in order to pursue claims regarding alleged violations of the Fair Housing Act. *See generally docs. 1, 2.*

"In order to succeed on a motion to proceed IFP, the movant must show a financial inability to pay the required filing fees, as well as the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised in the action." *Lister v. Dep't Of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005)(citation omitted). Section 1915(a)(1) applies to all plaintiffs seeking IFP status. *Id.; see also Griffin v. Zavaras*, 336 F. App'x 846, 849 n.2 (10th Cir. 2009). Plaintiff's Complaint asserts a nonfrivolous argument on the law, and her motion evidences her inability to pay the filing fee.

As such, I find the motion well-taken and hereby GRANT it.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE