IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELIZABETH BEAUDREAU,

    Plaintiff,

v.                                                      Civ. 12-713 ACT/GBW

GSL PROPERTIES, ERICA HARRIS,
And JENNIFER DENNISON,

    Defendants.

## **ORDER**

THIS MATTER is before the Court *sua sponte*. Defendants in this case have not yet been served. On July 17, 2012, I issued an Order directing the Clerk to issue notice and waiver of service forms, with copies of the Complaint, to all Defendants. *Doc. 6*.

Because Plaintiff is proceeding *in forma pauperis*, it is the Court's responsibility to issue and serve all process. *See* 28 U.S.C. § 1915(d). Before the Court can issue summonses, however, Plaintiff must provide the Court with addresses where Defendants can be served.

Wherefore, IT IS HEREBY ORDERED that Plaintiff must advise the Clerk of this Court in writing **no later than August 13, 2012**, of the addresses of each Defendant named in her complaint. Upon receipt of this information, the Clerk shall complete the appropriate forms and issue the notices and waiver of service forms. Failure to comply with this order may lead to dismissal without further notice.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE